**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7813**

───────────

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

     versus

JOHN ARTHUR COBB, JR.,

                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., Chief District Judge. (CR-97-16, CA-98-109)

───────────

Submitted: April 15, 1999        Decided: April 21, 1999

───────────

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

John Arthur Cobb, Jr., Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Arthur Cobb, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. We deny a certificate of appealability and dismiss the appeal on the reasoning of the district court and magistrate judge. See United States v. Cobb, Nos. CR-97-16, CA-98-109 (M.D.N.C. Sept. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED